David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
Lisa Brevard (SBN 323391)
*lbrevard@markham-law.com*
**THE MARKHAM LAW FIRM**
8910 University Center Lane, Suite 400
San Diego, CA 92122
Tel.: 619.399.3995; Fax: 619.615.2067

Walter Haines (SBN 071075)
*walter@whaines.com*
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Tel.: 888.474.7242; Fax: 562.256.1006

Attorneys for Plaintiff on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE TOWNSEND, an individual, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MAXIM HEALTHCARE SERVICES, INC., a Maryland Corporation <br><br> Defendant. | CASE NO.: 22-cv-00152-JCS <br> <u>CLASS ACTION</u> <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Action Filed:   January 11, 2022 |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Michelle Townsend, on behalf of herself and all others similarly situated, voluntarily dismisses without prejudice the above-titled action against Defendant Maxim Healthcare Services, Inc. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: January 14, 2022                     Respectfully submitted:

                                                  THE MARKHAM LAW FIRM


                                                  s/ David R. Markham
                                                  Attorney for Plaintiff
                                                  E-mail:  dmarkham@markham-law.com